ADAM WANG (SBN: 201233)
DAL BON AND WANG
12 S FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Tel: 408-292-1040
Fax: 408-292-1045
ATTORNEY FOR PLAINTIFFS

E-FILING

FILED
2007 NOV 13 P 12: 04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM, GUAN YU LI, YEN SHIUNG HUANG

   Plaintiffs,

vs.

OKRA INC., dba CAFE OPHELIA, HSIU YUN HUANG, and Does 1-10

   Defendants

Case No. C07 05731 PVT

DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial of causes of actions alleged in their Complaint.

Dated: November 9, 2007

By: /s/ Adam Wang
   Adam Wang
   Attorney for Plaintiffs

COMPLAINT - 12