UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 3/4/08

COURT REPORTER: FTR          Clerk: Corinne Lew

Case No: C 07-5731 PVT       Case Title: Mingogui Li vs. Okra, Inc., et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Adam Wang | Bing Rui |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status     [ ] Discovery
                        [ ] Settlement   [ ] Final      [ ] Motion
                        [ ] Other        [X] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted                          [ ] Submitted            [ ] Settled
[ ] Denied                           [ ] Briefs to be filed   [ ] Not Settled
[ ] Granted in part, denied in part                           [ ] Off Calendar

Briefing Schedule:   Opening                    Answer
                     Reply

**[X]** Court Referred Parties to Court Mediation to be held by 5/9/08. Amended Complaint to be filed by 5/16/08. Court Trial set for 12/1/08 at 9:30 a.m.; Pretrial Conference set for 11/18/08 at 2:00 p.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion