1
2
3
4
5
6       UNITED STATES DISTRICT COURT
7       NORTHERN DISTRICT OF CALIFORNIA
8
9   Mingogui Li                          No. C 07-5731 PVT
10          Plaintiff(s),
                                         **CONSENT TO PROCEED BEFORE A**
                                         **UNITED STATES MAGISTRATE JUDGE**
11      v.
12   Okra
13          Defendant(s).
14  _____/

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: 3/4/08
                                         _____
22                                       Signature

                                         Counsel for _____
23                                       (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28