UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MING-GUI LI, ET AL., | ) | Case No.: C 07-5731 PVT |
| Plaintiffs, | ) ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| OKRA, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

On March 4, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is May 16, 2008.

IT IS FURTHER ORDERED that the Federal Rules of Civil Procedure apply to discovery.

IT IS FURTHER ORDERED that the parties shall promptly contact the court's ADR department to make the appropriate arrangements to schedule and participate in mediation no later than May 9, 2008.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Plaintiff's Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . October 17, 2008

Defendant's Designation of Rebuttal Experts with Reports . . . . . . . . . . October 31, 2008

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 30, 2008

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 14, 2008

Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . . . October 14, 2008

Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 18, 2008

Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 1, 2008

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated:    *March 5, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."