ADAM WANG, bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM, GUAN YU LI, YEN SHIUNG HUANG<br><br>Plaintiffs,<br><br>vs.<br><br>OKRA Inc., dba CAFE OPHELIA, HSIU YUN HUANG, does 1-10<br><br>Defendants | Case No.: C07-5731 PVT<br><br>[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO CONTINUE THE DEADLINE TO FILE THE MOTION FOR LEAVE TO AMEND COMPLAINT |

On May 4, 2008, Plaintiffs filed a Motion to Continue the Deadline to File the Motion for Leave to Amend Complaint.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the deadline for Plaintiffs to file a motion for leave to amend the complaint is hereby extended to June 30, 2008.

IT IS SO ORDERED.

Dated:  May ___, 2008                    By: _____
                                                                  Patricia V. Trumbull
                                                              United States Magistrate Judge