1

ADAM WANG, bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

2

3

4

Attorney for Plaintiffs

5

6                                 UNITED STATES DISTRICT COURT

7                        FOR DISTRICT OF NORTHERN CALIFORNIA

8  MING-GUI LI, CHI-POE HSUEH, KING              Case No.: C07-5731 PVT
   KENUNG LAM, GUAN YU LI, YEN
   SHIUNG HUANG                                  [ ]XXXXXXXXX)] ORDER ON PLAINTIFFS'
9                                                MOTION TO CONTINUE THE DEADLINE
                                                 TO FILE THE MOTION FOR LEAVE TO
10            Plaintiffs,                         AMEND COMPLAINT

11        vs.

   OKRA Inc., dba CAFE OPHELIA, HSIU YUN
12 HUANG, does 1-10

13            Defendants

14        On May 4, 2008, Plaintiffs filed a Motion to Continue the Deadline to File the Motion for

15 Leave to Amend Complaint.

16        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the deadline for

17 Plaintiffs to file a motion for leave to amend the complaint is hereby extended to June 30, 2008.

18        IT IS SO ORDERED.

   Dated:  May __7__, 2008              By: _____
19
                                             Patricia V. Trumbull
20                                           United States Magistrate Judge

21

22

23

24

25

MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO AMEND THE COMPLAINT
Li, et al v. Okra Inc. et al.