ADAM WANG, bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM, GUAN YU LI, YEN SHIUNG HUANG<br><br>Plaintiffs,<br><br>vs.<br><br>OKRA Inc., dba CAFE OPHELIA, HSIU YUN HUANG, does 1-10<br><br>Defendants | Case No.: C07-5731 PVT<br><br>PLAINTIFFS' SECOND MOTION TO CONTINUE THE DEADLINE TO FILE THE MOTION FOR LEAVE TO AMEND COMPLAINT |

Pursuant to Civil Local Rule 6-3, Plaintiffs move to continue the current deadline to file motion for leave to file the amended complaint as follows:

1.   On May 7, 2008, this Court continued the deadline to file the motion for lave to amend the Complaint to June 30, 2008.

2.   Plaintiffs counsel has calendared the date and planed his schedule accordingly.

3.   However, in another case Balarezo v. Nth Connect Telecom Inc. (C07-05243 JF(PVT)) where Plaintiffs' counsel filed a motion to compel defendants there to produce documents concerning all putative class members in that case.  The hearing was scheduled on July 1, 2008, but Defendants there unexpectedly filed an unauthorized Sure-Reply on June 25, 2008.  As such Plaintiffs counsel was forced to spend much of the later part of the last week and this past weekend to draft a response. This unexpected task has taken up the time origninally planned for this matter.

**MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO AMEND THE COMPLAINT**
**Li, et al v. Okra Inc. et al.**

4. While Plaintiffs' counsel has tried to meet the deadline to file the motion for leave to amend by the midnight tonight; it seems unlikely that he would be able to do so.

5. As such, Plaintiffs' counsel hereby respectfully requests a one-day continuance to allow Plaintiffs file the motion for leave to amend by July 1, 2008.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED:  June 30, 2008

By: /s/ Adam Wang
ADAM WANG
Attorneys for Plaintiffs

2                                                C07-5731 PVT

**MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO AMEND THE COMPLAINT**
**Li, et al v. Okra Inc. et al.**