ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248

Attorney for Plaintiffs

UNITED STATE DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM and YEN SHIUNG HUANG<br><br>Plaintiffs,<br><br>vs.<br><br>OKRA Inc., dba CAFE OPHELIA, HSIU YUN HUANG, does 1-10<br><br>Defendants | Case No.: C07-5731 PVT<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date: August 12, 2008<br>Time: 10:00 AM<br>Courtroom: Hon. Patricia Trumbull<br>Trial Date:  None |
|---|---|

I, the undersigned, declare as follows:

    1.    I am licensed to practice law in the State of California, am the attorney of record for plaintiffs in this case. I have personal knowledge of the facts stated herein and, if called upon to testify before this court, I could and would testify competently to the following facts.

    2.    As of this date, Defendants have not served any discoveries on Plaintiffs; nor have any depositions.

I do declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 1, 2007                                      By: /s/ Adam Wang
                                                                          Attorney for Plaintiffs

**DECLARATION OF ADAM WANG IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
<u>Li, et al v. Okra Inc., et al.</u>
1                                                   **Case No.: 07-02274 PVT**