UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM and YEN SHIUNG HUANG,<br><br>              Plaintiffs,<br><br>       v.<br><br>OKRA, INC. dba CAFÉ OHPELIA, HSIU YUN HUANG,<br><br>              Defendants.<br>_____ | Case No.: C 07-05731 PVT<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

Plaintiffs Ming-Gui Li, Chi-Poe Hsueh, King Kening Lam and Yen Shiung Huang move for leave to file a first amended complaint in the above-captioned action. By their first amended complaint, plaintiffs seek to add new defendants Jeffrey Hung, Hung Chinche, Chang Sheena and Chen Che Huang and allege additional causes of action. Plaintiffs noticed the hearing for their motion on August 12, 2008. Pursuant to Civ. L.R. 7-3, an opposition to the motion was due no later than July 22, 2008. To date, defendants have not filed any opposition. Having reviewed the papers submitted by plaintiffs and in light of the lack of any opposition from the defendants, the court finds it appropriate to rule on the motion without oral argument. Civ. L.R. 7-1(b). Accordingly, plaintiffs'

1
2  motion for leave to file a first amended complaint is granted as unopposed.[1]
3       IT IS SO ORDERED.
4  Dated:   *August 5, 2008*

*[signature: Patricia V. Trumbull]*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28