ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 14, 2008

Adam Wang
Law Offices of Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
408-421-3403

Jeffrey Andrew Chen
Law Offices of Jeffrey A. Chen
275 Fifth Street, 4th Floor
San Francisco , CA 94103
415-348-6269

Re:   Li v. Okra, Inc.
      Case No. C 07-05731 PVT MED

Dear Counsel:

The ADR Unit would like to convene a conference call with a member of it's legal staff to discuss the mediation referral. This call is scheduled for **Wednesday, August 20, 2008 at 2:30 p.m.** Plaintiff's counsel should initiate the call then call the ADR Conference Line 415-522-4603. If you are unavailable at this time, please contact the other counsel then call the ADR Unit 415-522-2199 with three (3) alternative times everyone is available during the same week to reschedule the conference call.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf