AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

FILED
SEP 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM, GUAN YU LI, YEN SHIUNG HUANG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
**C07 05731 PVT**

V.

OKRA Inc., dba CAFE OPHELIA, HSIU YUN HUANG, does 1-10

TO:

OKRA Inc., dba CAFE OPHELIA, HSIU YUN HUANG, does 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-421-3403
Fax: 408-351-0261

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

NOV 1 3 2007

CLERK

DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:


☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
    Name of person with whom the summons and complaint were left


☐   Returned unexecuted:


☐   Other *(specify):*


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____          _____
            Date                                                  *Signature of Server*

                                            _____
                                                  *Address of Server*


(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.