JEFFREY A. CHEN, ESQ. (CSB #189514)
Law Offices of Jeffrey A. Chen
275 Fifth Street, 4th Floor
San Francisco, California 94103
Telephone: (415) 348-6269
Facsimile: (415) 358-8046

Attorney for Defendants
OKRA, INC., a California corporation
dba Café Ophelia and HSIU YUN HUANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM, GUAN YU LI, YEN SHIUM HUANG,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>OKRA, INC. DBA CAFÉ OPHELIA, HSIU YUN HUANG and Does 1-10,<br><br>　　　　Defendants. | Case No.: C07-05731 PVT<br><br>**ASSOCIATION OF COUNSEL** |

I, Jeffrey A. Chen, Esq., being the attorney of record for defendants OKRA, INC. dba Café Ophelia and HSIU YUN HUANG in this action, hereby associate Bing Rui, Esq., as co-counsel for defendants OKRA, INC. dba Café Ophelia and HSIU YUN HUANG in this matter. The office address and telephone number of such associated counsel is: Bing Rui, Esq. (CSB #203521), U.S.-

1  China Law Group, 3031 Tisch Way, Suite 500, San Jose, California  95128, Telephone: (408) 261-
2  5880, Facsimile: (408) 251-5888 and Email: brui@uschinalawgroup.com.

3

4  Dated: September 3, 2008
                                        Law Offices of Jeffrey A. Chen

5                                          /s/ Jeffrey A. Chen
                                        JEFFREY A. CHEN, ESQ.
6                                          Attorney for Defendants
                                        OKRA, INC. and
7                                          HSIU YUN HUANG

8      I, Bing Rui, Esq., accept the above described association.

9

10  Dated: September 3, 2008
                                        U.S.-China Law Group

11                                          /s/ Bing Rui
12                                          BING RUI, ESQ.
                                        Attorney for Defendants
13                                          OKRA, INC. and
                                        HSIU YUN HUANG

14

15

16

17

18

19

20

21

22

23

24

25

# PROOF OF SERVICE

I declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 275 Fifth Street, 4th Floor, San Francisco, California 94102.

On September 3, 2008, I served the attached **ASSOCIATION OF COUNSEL** by placing true copies thereof in sealed envelopes addressed as follows:

Adam Wang, Esq.
12 South First Street, Suite 613
San Jose, CA 95113

__X__ (By Mail) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practice of the Law Offices of Jeffrey A. Chen for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

_____ (By Overnight Mail) I caused such envelope deposited with Federal Express for next business day delivery to the addressee(s) noted above.

_____ (By Personal Service) I caused such envelope to be hand-delivered by a messenger to the addressee(s) noted above, or be left with the receptionist or with a person having charge of the attorney's office.

_____ (By Facsimile) I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 3, 2008, at San Jose, California.

                             /s/ Jeffrey Chen
                             Jeffrey A. Chen