NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MING-GUI LI, CHI-POE HSUEH, KING KENUNG LAM and YEN SHIUNG HUANG,<br><br>    Plaintiffs,<br><br>v.<br><br>OKRA, INC. dba CAFÉ OHPELIA, HSIU YUN HUANG,<br><br>    Defendants.<br>_____ | Case No.: C 07-05731 PVT<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' REQUEST FOR REFERRAL TO A MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

On February 4, 2009, plaintiffs requested a referral of the above-captioned action to a magistrate judge for settlement conference. Plaintiffs noted that the parties had unsuccessfully (and recently) participated in mediation and only the scope of liability was at issue.

On February 11, 2009, defendants objected to plaintiffs' request for the referral on the grounds that they are undertaking further efforts to resolve the above-captioned action and that incurring additional fees and costs would further complicate those efforts. Accordingly, plaintiffs' request is denied without prejudice to a renewed request for reference to a magistrate judge for settlement conference.[1] If the case is not resolved by April 1, 2009, however, the parties are advised

---

[1] The holding pf this court is limited to the facts and the particular circumstances underlying the present motion.

that the court *sua sponte* may refer it to a magistrate judge for a settlement conference.

IT IS SO ORDERED.

Dated:    February 12, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order, *page 3*